IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 225

| DIRECTV, LLC, a California Limited Liability Company, | ) ) ) | |
|---|---|---|
| Plaintiff | ) ) | |
| V | ) ) | **ORDER** |
| CHARLES HARDY MEADOWS, | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Allan P. Root's Application for Admission to Practice *Pro Hac Vice* of Marla Blair Siegel. It appearing that Marla Blair Siegel is a member in good standing with the New York State Bar and will be appearing with Allan P. Root, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Alan P. Root's Application for Admission to Practice *Pro Hac Vice* (#2) of Marla Blair Siegel is **GRANTED**,

and that Marla Blair Siegel is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Allan P. Root.

Signed: August 15, 2013

Dennis L. Howell
United States Magistrate Judge