# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Directv, LLC, a California Limited Liability Company, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:13-cv-00225-MR-DLH |
| vs. | ) ) | |
| Charles Hardy Meadows, individually, and d/b/a Charlie's, a/k/a Charlies, | ) ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2014 Order.

August 8, 2014

*[signature]*

Frank G. Johns, Clerk
United States District Court